1  PHILLIP A. TALBERT
   Acting United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare St., Room 4401
   Fresno, CA  93721
4  Telephone: (559) 497-4000

5  Attorneys for Plaintiff
   United States of America

6

                    UNITED STATES DISTRICT COURT
7
              FOR THE EASTERN DISTRICT OF CALIFORNIA
8

| UNITED STATES OF AMERICA, | No. 5:16-MJ-25 JLT |
|---|---|
| Plaintiff, | [PROPOSED] ORDER |
| v. | **(UNDER SEAL)** |
| SAIR EDUARDO MALDONADO-SOTO and CORAL HERRERA, | |
| Defendants. | |

   For good cause shown, IT IS HEREBY ORDERED THAT:

   The complaint and arrest warrants in the above-captioned matter be unsealed.

DATED: JUL 1 1 2016

                                    _____
                                    JONATHAN B. CONKLIN
                                    California Superior Court Judge
                                    Fresno County Serving as
                                    Acting United States Magistrate
                                    Judge
                                    Eastern District of California