PHILLIP A. TALBERT
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA  93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAIR EDUARDO MALDONADO-SOTO and CORAL HERRERA,<br><br>Defendants. | No. 5:16-MJ-25 JLT<br><br>[PROPOSED] ORDER<br><br>**(UNDER SEAL)** |

For good cause shown, IT IS HEREBY ORDERED THAT:

The complaint and arrest warrants in the above-captioned matter be unsealed.

DATED: JUL 1 1 2016

JONATHAN B. CONKLIN
California Superior Court Judge
Fresno County Serving as
Acting United States Magistrate Judge
Eastern District of California