**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
CORAL HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORAL HERRERA, et al.,<br><br>Defendants, | Case No.: 1:16-CR-00106<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE AND QUINTERO MOTION** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE SHEILA K. OBERTO AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, CORAL HERRERA, by and through her attorney of record, DAVID A. TORRES hereby requesting that the status conference hearing currently set for Monday, September 19, 2016 be continued to Monday, October 17, 2016 and the Quintero Motion to Monday, October 3, 2016.

Ms. Coral Herrera recently gave birth to a child and she has not been cleared by her physician for long distance travel.  Ms. Herrera resides in Los Angeles and the trip from her home to Fresno is four hours in duration.  Moreover, the additional time will provide counsel with an opportunity to continue reviewing all discovery to determine whether to request a motions date at our subsequent status conference and/or to commence plea negotiations.  I have

spoken to AUSA Karen Escobar, and all co-counsel and they have no objection to continuing the status conference.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

                                      Respectfully Submitted,

DATED: 9/15/16                          ***/s/ David A Torres***
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            CORAL HERRERA

DATED: 9/15/16                          ***/s/ John Garland***
                                            JOHN GARLAND
                                            Attorney for Defendant
                                            SAIR MALDANADO-SOTO

DATED: 9/15/16                          ***/s/ Victor M. Chavez***
                                            VICTOR MANUEL CHAVEZ
                                            Attorney for Defendant
                                            ABEL TOLEDO-VILLA

DATED: 9/15/16                          ***/s/ Kevin. G. Little***
                                            KEVIN G. LITTLE
                                            Attorney for Defendant
                                  ALFREDO CARDENAS-SUASTEGUI

DATED: 9/15/16                          ***/s/Karen Escobar***
                                            KAREN ESCOBAR
                                            Assistant U.S. Attorney

**ORDER**

Pursuant to the parties' Stipulation:

1. The status conference hearing shall be continued to October 17, 2016; and

2. The "Government's Quintero Motion for Conflict of Interest Inquiry" filed on July 25, 2016, shall be continued to October 3, 2016.

IT IS SO ORDERED.

Dated:   **September 15, 2016**                    /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE