1  **DAVID A. TORRES AND ASSOCIATES**
   David A. Torres, SBN135059
2  1318 K. Street
   Bakersfield, CA 93301
3  Tel: (661)326-0857
   Fax: (661)326-0936
4  Email: dtorres@lawtorres.com

5  Attorney for:
   CORAL HERRERA
6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT of CALIFORNIA

9
   UNITED STATES OF AMERICA,           ) Case No.: 1:16-CR-00106 LJO-SKO
10                                     )
                                       ) **STIPULATION AND ORDER TO**
11            Plaintiff,                ) **MODIFY CONDITIONS OF RELEASE**
                                       )
12       vs.                            )
   CORAL HERRERA                       )
13 SAIR EDUARDO MALDANADO,             )
                                       )
14            Defendant                )

15 TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A.

16 DROZD AND KIRK SHERRIFF, ASSISTANT UNITED STATES ATTORNEY:

17     **IT IS HEREBY STIPULATED** between AUSA Karen Escobar and defense counsel,

18 David A. Torres and John Garland, that conditions of release 7(e) be vacated forthwith.

19 Hereinafter, defendants Sair Eduardo Maldonado and Coral Herrera will be allowed to reside

20 together, along with their newborn child, at the residence of Kiara Herrera, Coral Herrera's sister

21 who resides at 660 N. Perris Blvd., Perris, CA during the pendency of these proceedings. Kiara

22 Herrera is the third party custodian for Coral Herrera.

23     Counsel has spoken to U.S Pretrial Service Officer, Dan Stark, he has no objection to this

24 modification.

       //
25
       //

1 **IT IS SO STIPULATED.**

2                                                                         Respectfully Submitted,

3 DATED: 9/22/16                                    */s/ David A Torres*___
                                                                       DAVID A. TORRES
4                                                                       Attorney for Defendant
                                                                       CORAL HERRERA
5

6 DATED:  9/22/16                                   */s/JOHN GARLAND*_____
                                                                       JOHN GARLAND
7                                                                       Attorney for Defendant
                                                                       SAIR EDUARDO HERRERA
8

9
  DATED:  9/22/16                                   */s/KAREN ESCOBAR*_____
10                                                                     KAREN ESCOBAR
                                                                       Assistant United States Attorney
11

12                                              **ORDER**

13    **IT IS SO ORDERED** that the terms of probation be modified to allow defendant Coral

14 Herrera, Sair Eduardo Maldonado and their newborn child to reside with Kiara Herrera.

15 IT IS SO ORDERED.

16
   Dated:  **September 23, 2016**                 /s/ _(signature)_
17                                                                 UNITED STATES MAGISTRATE JUDGE