JOHN F.  GARLAND   #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
SAIR EDWARDO MALDONADO-SOTO

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAIR EDWARDO MALDONADO-<br>SOTO,<br><br>Defendant**. | Case No. 1:16-CR-00106 LJO-SKO<br><br>**WAIVER OF APPEARANCE<br>AND  ORDER THEREON**<br><br>**DATE:  October 17, 2016<br>TIME:  1:00 p.m.<br>Courtroom Seven**<br><br>**HONORABLE  SHEILA K. OBERTO** |

Defendant, SAIR EDWARDO MALDONADO-SOTO, hereby waives his right to be

present in person in open court upon the hearing presently set for October 17, 2016 at 1:00

p.m. in Courtroom Seven of the above entitled court. Defendant hereby requests the court to

proceed in his absence and agrees that his interests will be deemed represented at said hearing

the presence of his attorney, John F. Garland. Defendant further agrees to be present in court at

all future hearing dates to be set by the court including the date set for jury trial.


Dated:  October  13 , 2016                                    /s/ Sair Edwardo Maldonado-Soto
                                                                          SAIR EDWARDO MALDONADO-SOTO


Dated: October 13, 2016                                     /s/  John F. Garland
                                                                          JOHN F. GARLAND

1

1
2                                                **ORDER**
3
4          Good cause appearing,
5          IT IS HEREBY ORDERED that defendant SAIR EDWARDO MALDONADO-SOTO
6   is hereby excused from appearing at the court hearing scheduled for October 17, 2016 at 1:00
7   p.m.
8
9   IT IS SO ORDERED.
10      Dated:   **October 14, 2016**                        **/s/ Sheila K. Oberto**
11                                                    UNITED STATES MAGISTRATE JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                                 2