JOHN F. GARLAND   #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
SAIR EDWARDO MALDONADO-SOTO

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>SAIR EDWARDO MALDONADO-SOTO,<br><br>     Defendant. | Case No. 1:16-CR-00106 LJO-SKO<br><br>**WAIVER OF APPEARANCE<br>AND  ORDER THEREON**<br><br>**DATE:  January 3, 2017<br>TIME:  1:00 p.m.<br>Courtroom Seven**<br><br>**HONORABLE  SHEILA K. OBERTO** |

    Defendant, SAIR EDWARDO MALDONADO-SOTO, hereby waives his right to be present in person in open court upon the hearing presently set for January 3, 2017 at 1:00 p.m. in Courtroom Seven of the above entitled court. Defendant hereby requests the court to proceed in his absence and agrees that his interests will be deemed represented at said hearing by the presence of his attorney, John F. Garland. Defendant further agrees to be present in court at all future hearing dates to be set by the court including the date set for jury trial.

Dated:  December 4, 2016                       /s/ Sair Edwardo Maldonado-Soto
                                               SAIR EDWARDO MALDONADO-SOTO


Dated:  December 4, 2016                       /s/  John F. Garland
                                               JOHN F. GARLAND

**ORDER**

Good cause appearing,

IT IS HEREBY ORDERED that defendant SAIR EDWARDO MALDONADO-SOTO is hereby excused from appearing at the court hearing scheduled for January 3, 2017, at 1:00 p.m.

IT IS SO ORDERED.

Dated: __**December 7, 2016**__  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE