UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAIR EDUARDO MALDONADO-SOTO, et al.,<br><br>Defendants. | No.  1:16cr106 LJO-SKO<br><br><br><br>STIPULATION AND ORDER |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. This matter was previously set for a status conference before Magistrate Judge Sheila K. Oberto on March 20, 2017, at 1 p.m.

2. The parties agree to continue the matter to April 3, 2017, at 1 p.m., due to the unavailability of the Court, to continue plea negotiations, and to conduct pretrial investigation.  Further, Counsel Ernest Lutz recently substituted in for Counsel Kevin Little on behalf of Defendant Alfredo Cardenas-Suastegui and needs additional time to review the discovery in this matter.

3. The parties further agree and stipulate, and request that the Court find the following:

1

a. The parties need additional time to assess a potential disposition of the case and/or conduct additional investigation and/or prepare for trial.

b. The parties believe that failure to grant the above-requested continuance would deny the defendants the reasonable time necessary for effective resolution, further investigation, and/or trial preparation, taking into account the exercise of due diligence, and would deny the government continuity of counsel.

c. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of March 20, 2017, to April 3, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period

IT IS SO STIPULATED.

DATED: February 17, 2017.    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

////

////

DATED: February 17, 2017.

/s/ John F. Garland
JOHN F. GARLAND
Counsel for Sair Eduardo Maldonado-Soto

DATED: February 17, 2017.

/s/ Victor M. Chavez
VICTOR M. CHAVEZ
Counsel for Abel Toledo-Villa

DATED: February 17, 2017.

/s/ Ernest Lutz
ERNEST LUTZ
Counsel for Alfredo Cardenas-Suastegui

DATED: February 17, 2017.

/s/ David A. Torres
DAVID A. TORRES
Counsel for Coral Herrera

**O R D E R**

IT IS SO ORDERED.

Dated:   **February 17, 2017**                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

3